IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

DIOVER OLIVA MORENO,      §
     §
  Petitioner,      §
     §
v.      §      CAUSE NO. EP-26-CV-624-KC
     §
WARDEN, ERO EL PASO CAMP      §
EAST MONTANA et al.,      §
     §
  Respondents.      §

## ORDER

On this day, the Court considered the case.  On March 5, 2026, the Court ordered Respondents to show cause why Oliva Moreno's Petition for Writ of Habeas Corpus, ECF No. 1, should not be granted.  Mar. 5, 2026, Order 2–3, ECF No. 5.  Respondents were to specify: the circumstances that make Oliva Moreno's removal likely, what concrete steps and obstacles remain to effectuate removal, and the anticipated timeline for completion.  *Id.*  Respondents have now filed their Response, ECF No. 8.

Oliva Moreno is a Cuban citizen.  *Id.* at 1.  Respondents argue that Oliva Moreno's removal is "significant[ly] likely in the reasonably foreseeable future."  *Id.*  In terms of removal efforts, Immigration and Customs Enforcement ("ICE") detained Oliva Moreno "to effectuate his order of removal" on February 2, 2026.  *See id.* Ex. A ("Garite Decl.") ¶ 10, ECF No. 8-1.  Then, on February 8, Oliva Moreno was scheduled for a removal flight to Cuba for March 7, but it has been postponed.  *Id.* ¶ 11.  On February 12, Enforcement and Removal Operations ("ERO") notified Oliva Moreno that they would seek to remove him to Mexico.  *Id.* ¶ 12.  Lastly, on March 9, ERO attempted to remove Oliva Moreno to Mexico, but he "stated he would not go to Mexico." *Id.* ¶ 13.  Still, Respondents aver that "ERO will continue to pursue Oliva[]Moreno's

removal to Mexico and Cuba." *Id.* ¶ 14. Based on the foregoing, it remains unclear whether Oliva Moreno may be lawfully removed from the country in a timely manner. But it appears that Respondents are continuing their efforts to effectuate his removal to both Cuba and Mexico. Thus, at this juncture, the Court finds it appropriate to require an additional status report.

Accordingly, Respondents are **ORDERED** to **FILE** an advisory by **no later than April 20, 2026**, stating whether Oliva Moreno has been removed, and if not, specifying:

(1) Whether Cuba has affirmatively rejected Oliva Moreno for repatriation,

(2) Whether Oliva Moreno may be lawfully removed to Mexico without his consent, and if so, the anticipated timeline for his removal;

(3) If Oliva Moreno may not be lawfully removed to Mexico without his consent; whether Respondents have identified any other third countries for his removal, and if so, the anticipated timeline to obtain travel documents from these countries and any obstacles;

(4) What concrete steps have been taken to address the existing obstacles; and

(5) The anticipated timeline for Oliva Moreno's removal from the United States.

SIGNED this 20th day of March, 2026.

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

2