**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **DIOVER OLIVA MORENO,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-624-KC** |
| | § | |
| **WARDEN, ERO EL PASO CAMP** | § | |
| **EAST MONTANA et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered the case. Oliva Moreno is a Cuban citizen who entered the country in 2021, at which time he was ordered removed. Pet. ¶¶ 2, 26. Because he could not be removed, Respondents released him under an Order of Supervision ("OSUP"). *Id.* ¶ 2. He has now been detained for approximately two months. On March 20, 2026, the Court ordered Respondents to file an advisory stating whether Oliva Moreno was removed, and if not, detailing their efforts to do so. Mar. 20, 2026, Order, ECF No. 9.

Respondents now state that Cuba denied repatriation of Oliva Moreno on March 30, 2026. Status Report Ex. A ("Marin Decl.") ¶ 6, ECF No. 10-1. Respondents continue to state that "Oliva Moreno can be lawfully removed without his consent" to Mexico, but that "as of February 19, 2026, the Government of Mexico advised that they are no longer accepting failure-to-comply cases." *Id.* ¶¶ 7–8. In other words, Mexico does not accept third country nationals who do not consent to go there. So, despite their tortuous way of putting it, Respondents evidently cannot remove Oliva Moreno to Mexico without his consent. Thus, Respondents are now working to find another third country to remove Oliva Moreno to and thus "the anticipated date of removal is currently unknown." *Id.* ¶¶ 10–12. Nevertheless, as Oliva Moreno has been

detained for only two months, and Respondents are making efforts to remove him, the Court

finds an additional status update is warranted.

Accordingly, Respondents are **ORDERED** to **FILE** an advisory by **no later than May 22, 2026**, stating whether Oliva Moreno has been removed, and if not, specifying:

(1) Whether Respondents have identified any other third countries for his removal,

(2) If so, the anticipated timeline to obtain travel documents from these countries and any obstacles;

(3) What concrete steps have been taken to address the existing obstacles; and

(4) The anticipated timeline for Oliva Moreno's removal from the United States.

**SO ORDERED**.

**SIGNED this 22nd day of April, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE