**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **DIOVER OLIVA MORENO,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-624-KC** |
| | § | |
| **WARDEN, ERO EL PASO CAMP** | § | |
| **EAST MONTANA et al.,** | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

On this day, the Court considered Diover Oliva Moreno's Petition for a Writ of Habeas Corpus, ECF No. 1.  Oliva Moreno has filed a Notice of Voluntary Dismissal, ECF No. 15, requesting that the case be dismissed without prejudice.

Accordingly, the Petition, ECF No. 1, is **DISMISSED**.  *See* Fed. R. Civ. P. 41(a).

**IT IS FURTHER ORDERED** that all pending motions are **DENIED** as **MOOT**.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 13th day of May, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE