**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **DIOVER OLIVA MORENO,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-624-KC** |
| | § | |
| **WARDEN, ERO EL PASO CAMP** | § | |
| **EAST MONTANA et al.,** | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

On this day, the Court considered the case.  On March 3, 2024, Diover Oliva Moreno filed a Petition for a Writ of Habeas Corpus, ECF No. 1, assisted by counsel.  On May 13, 2026, the Court dismissed the case after Oliva Moreno's counsel informed the Court that he wished to voluntarily dismiss his Petition.  May 13, 2026, Order, ECF No. 16.  Now, Oliva Moreno, proceeding pro se, has filed a Motion for Preliminary Injunction, ECF No. 17, to prevent his removal pending the resolution of his habeas petition.

Thus, it is unclear whether Oliva Moreno wished to dismiss his Petition or whether he is bringing a new claim, and whether his counsel of record continue to represent him.

Accordingly, the Court **ORDERS** that Oliva Moreno's counsel of record shall **FILE** notice stating whether they continue to represent Oliva Moreno in this matter, and if so, clarifying his latest request for relief.  If counsel no longer intends to represent Oliva Moreno, they shall file a Motion to Withdraw that meets the requirements of Local Rule AT-3.  They must do so **by no later than July 1, 2026**.

2

**SO ORDERED**.

**SIGNED this 24th day of June, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE