**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **DIOVER OLIVA MORENO,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-624-KC** |
| | § | |
| **WARDEN, ERO EL PASO CAMP** | § | |
| **EAST MONTANA et al.,** | § | |
| | § | |
| **Respondents.** | § | |

## <u>ORDER</u>

On this day, the Court considered the case.  On May 13, 2026, the Court dismissed Oliva

Moreno's Petition, ECF No. 1, after his counsel informed the Court that he wished to voluntarily

dismiss his Petition.  May 13, 2026, Order, ECF No. 16.  Now, Oliva Moreno, proceeding pro se,

has filed a Motion for Preliminary Injunction ("Motion"), ECF No. 17, to prevent his removal

pending the resolution of his habeas petition.  His previous counsel has now informed the Court

of their intent to withdraw from representation.  Notice, ECF No. 19.

Oliva Moreno, a Cuban citizen, entered the country in 2021, at which time he was

ordered removed.  Pet. ¶¶ 2, 26.  Because he could not be removed, Respondents released him

under an Order of Supervision ("OSUP").  *Id.* ¶ 2.  He has now been detained for about four

months.  *See* Mot. 2–3.

In his Motion, Oliva Moreno essentially asks the Court to prevent his removal from the

country so that he may seek further relief in immigration court and his release in this Court.  *See*

*generally* Mot.  As noted, Oliva Moreno is subject to an administratively final order of removal.

Because "[a] request for a stay of removal is a challenge to a removal order," this Court "lacks

jurisdiction to grant such relief." *See Imran v. Harper*, No. 25-30370, 2026 WL 93131, at *1 (5th Cir. Jan. 13, 2026).

However, Oliva Moreno may be entitled to relief from detention if his detention exceeds six months, or if there are no material changes in the circumstances surrounding the likelihood of his removal prior to the re-detention.  *See* Mar. 5, 2026, Order, ECF No. 5.

Accordingly, Oliva Moreno's Motion, ECF No. 17, is **DENIED**.

**IT IS FURTHER ORDERED** that Respondents shall **FILE** an advisory by **no later than July 15, 2026**, stating whether Oliva Moreno has been removed, and if not, specifying:

(1) Whether Respondents have identified any other third countries for his removal,

(2) If so, the anticipated timeline to obtain travel documents from these countries and any obstacles;

(3) What concrete steps have been taken to address the existing obstacles; and

(4) The anticipated timeline for Oliva Moreno's removal from the United States.

The Clerk shall re-open the case.

**SO ORDERED**.

**SIGNED this 5th day of July, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

2