**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **DIOVER OLIVA MORENO,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-624-KC** |
| | § | |
| **WARDEN, ERO EL PASO CAMP** | § | |
| **EAST MONTANA et al.,** | § | |
| | § | |
| **Respondents.** | § | |

## <u>ORDER</u>

On this day, the Court considered the case. On July 5, 2026, the Court ordered

Respondents to file an update on their efforts to remove Oliva Moreno, by July 15. July 5, 2026,

Order 2, ECF No. 21.

Respondents now state that Oliva Moreno, a Cuban citizen, has been denied by Cuba for

repatriation twice. Advisory Ex. A ("Romero Decl.") ¶ 5, ECF No. 26-1. Thus, Respondents

sought Oliva Moreno's removal to Mexico as an alternate country, but "Mexico requires [Oliva

Moreno] to consent to deportation to Mexico" as a noncitizen. *Id.* Respondents now seek a

country that will accept Oliva Moreno "without his consent" and expect internal approval to seek

removal to the Democratic Republic of Congo or El Salvador by July 24. *Id.* ¶¶ 7–8.

Separately, the declarations submitted by Respondents are contradictory regarding when

Oliva Moreno became subject to a final order of removal, and thus, the length of his post-

removal order detention is unclear. First, Respondents asserted that on April 28, 2021, an

immigration judge found that Oliva Moreno did not have a credible fear of return to Cuba and

ordered his removal. Garite Decl. ¶ 8, ECF No. 8-1. But, on May 7, 2021, Oliva Moreno was

released under an Order of Supervision "because removal did not appear likely in the reasonably

foreseeable future." *Id.* ¶ 9.  And, on February 2, 2026, he was taken back into custody "in order to effectuate his order of removal." *Id.* ¶ 10.  Now, Respondents, through a different declarant, state that "[on] March 5, 2026 [Oliva Moreno] was ordered removed from the United States. Romero Decl. ¶ 5.  Respondents do not provide any documentary support for either assertion. *See generally* Resp., ECF No. 8; Advisory, ECF No. 26.  This fact is critical, and Respondents must clarify their assertions and provide evidence in support.

Accordingly, the Court **ORDERS** that Respondents shall **FILE** an advisory by **no later than July 27, 2026**, stating whether Oliva Moreno has been removed, and if not, specifying:

(1) The date Oliva Moreno was ordered removed, and the date such order became final, with evidence in support,

(2) Whether Oliva Moreno was internally approved for removal to the Democratic Republic of Congo, El Salvador, or some other country,

(3) If so, the anticipated timeline to obtain travel documents from that country and any obstacles;

(4) What concrete steps have been taken to address the existing obstacles; and

(5) The anticipated timeline for Oliva Moreno's removal from the United States.

**SO ORDERED**.

**SIGNED this 16th day of July, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

2